

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NOS. 02-11-00208-CR
## 02-11-00209-CR
## 02-11-00210-CR

JAMES LEE CARVER III                                    APPELLANT

V.

THE STATE OF TEXAS                                          STATE

------------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Pursuant to plea bargains, the trial court convicted Appellant James Lee Carver III upon his pleas of guilty to the first degree felony offenses of possession with intent to deliver a controlled substance of four grams or more but less than 200 grams (methamphetamine) (cause numbers 02-11-00208-CR and 02-11-00210-CR) and the second degree felony offense of possession with intent

---

[1]*See* Tex. R. App. P. 47.4.

to deliver a controlled substance of one gram or more but less than four grams (cocaine) (cause number 02-11-00209-CR), and sentenced him to twelve years' confinement, to be served concurrently.

The trial court's certifications state that these are plea-bargained cases and that Appellant has no right of appeal. Accordingly, we informed Appellant by letter on June 3, 2011, that these appeals were subject to dismissal unless he or any party desiring to continue the appeals filed a response showing grounds for continuing the appeals on or before Monday, June 13, 2011. *See* Tex. R. App. P. 25.2(a)(2), (d). Appellant filed a response, but it does not show grounds for continuing the appeals. Therefore, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 21, 2011

2